UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Ledge Lounger, Inc.**<br><br>Plaintiff,<br><br>v.<br><br>**Aqua Chairs, LLC**<br><br>Defendant. | Case No. 4:19-cv-3995<br><br>**Jury Trial Demanded** |

### STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ledge Lounger, Inc. ("Ledge Lounger") and Defendant Aqua Chairs, LLC ("Aqua Chairs"), by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice. Ledge Lounger and Aqua Chairs each shall bear its own costs and attorneys' fees.

Dated: January 10, 2020

So Stipulated:

| | |
|---|---|
| By: /s/ Joseph J. Berghammer<br>Joseph J. Berghammer (admitted in the Southern District of Texas)<br>Attorney-In-Charge<br>Illinois Bar No. 6273690<br>Southern District of Texas Bar No. 2868672<br>jberghammer@bannerwitcoff.com<br>Banner & Witcoff, Ltd.<br>71 South Wacker Drive, Suite 3600<br>Chicago, IL 60606<br>Telephone: (312) 463-5000<br>Facsimile: (312) 463-5001<br><br>Scott A. Burow (pro hac vice)<br>Illinois Bar No. 6242616<br>sburrow@bannerwitcoff.com | By: /s/ Jeffrey L. Johnson (with permission)<br>Jeffrey L. Johnson<br>TX Bar No. 24029638<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>609 Main, 40th Floor<br>Houston, TX 77002<br>Telephone: 713.658.6400<br>Facsimile: 713.658.6401<br><br>Sheryl Garko (pro hac vice)<br>MA Bar No. 657735<br>Mark Puzella (pro hac vice)<br>MA Bar No. 644850<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley St., Suite 2000<br>Boston, MA 02116 |

Michael L. Krashin (pro hac vice)
Illinois Bar No. 6286637
mkrashin@bannerwitcoff.com
Banner & Witcoff, Ltd.
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR LEDGE LOUNGER, INC.**

Telephone:  617.880.1919
Facsimile:  617.880.1801

**ATTORNEYS FOR DEFENDANT AQUA CHAIRS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, thereby effecting service upon counsel for Defendant through the Notice of Electronic Filing issued by the system.

/s/ Joseph J. Berghammer