| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas

**ENTERED**
January 13, 2020
David J. Bradley, Clerk

Ledge Lounger, Inc., §
§
      Plaintiff, §
§
versus §    Civil Action H-19-3995
§
Aqua Chairs, LLC, §
§
      Defendant. §

## Final Dismissal

On the parties' stipulation, this case is dismissed with prejudice. (16)

Signed on January 12, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge